United States District Court
For the District of Columbia

Omar Weije,

    Plaintiff,

v.

Federal Bureau of
Investigation,

    Defendant.

Case: 1:20-cv-02572
Assigned To : Unassigned
Assign. Date : 9/8/2020
Description: FOIA/PI (I-DECK)

## Original Complaint

1. Omar Weije, Plaintiff herein, acting in propria persona, seeks to compel the Federal Bureau of Investigation ("FBI") to produce records he requested under the Freedom of Information Act and Privacy Act ("FOIA/PA").

2. This action arises under 5 U.S.C. §§ 552 and 552a, et seq.

## Parties

3. Ms. Weise is an incarcerated person, who resides at the Federal Corrections Complex, Medium, located in Hopewell, Virginia. His mailing address is P.O. Box 1000, Petersburg, VA. 23804

4. Defendant Federal Bureau of Investigation ("FBI") is an agency of the Federal Government, specifically, the Department of Justice ("DOJ"), whose principle location is Washington, D.C. Specifically, 170 Marcel Drive. This agency, however,

has locations throughout the United States.

## Jurisdiction And Venue

5. This Court has jurisdiction over this action under 28 U.S.C. § 1331 because the action arises under a federal statute.

6. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) and (e), et seq., because the District of Columbia is a judicial district in which the FBI resides and because a substantial part of the acts or omissions giving rise to these claims occurred in the District of Columbia.

7. Alternatively, venue is appropriate in

page 3

the District of Columbia in accordance with FOIA, 5 U.S.C. § 552(a)(4)(B).

8. The FBI is not immune to suits under the FOIA/PA.

## Allegations

9. In January 2019, Mr. Weide requested information from the FBI relating to their criminal investigation concerning him and the records in their possession.

10. The FBI assigned FOIPA Request No. 1428636-000 and advised Mr. Weide that a potential 23,734 pages of records were found, in a letter dated May 13, 2019.

11. Mr. Weise modified his request to the equivalent of $5.00 or 100 pages for free by written request on June 10, 2019. He mailed his request via certified mail, see tracking number 7018 1830 0002 2450 0551 and placed in the hands of prison staff of the Federal Bureau of Prisons, an agency of the DOJ, with prepaid postage attached.

### Count One - FOIA/PA

12. The defendant has not responded to Mr. Weise's modified request.

13. Mr. Weise re-alleges and incorporates by reference the allegations paragraphs 9-12 of this

Complaint as if fully set forth herein.

14. 5 U.S.C. § 552(a)(6)(A)(i) requires that the FBI make a determination within twenty days... after receipt of any such request.

15. The 20-day period under clause (i) shall commence on the date on which the request is first received by the appropriate component of the agency, but in any event not later than ten days after the request is first received by any component of the agency as pursuant with 5 U.S.C. § 552(a)(6)(A)(ii).

16. Notwithstanding the extension under 5 U.S.C. § 552(a)(6)(B)(i), the FBI still failed

page 6

to make a determination within ten days of receiving his request to modify, which was mailed June 10, 2019. See paragraph 11.

17. Assuming, arguendo, all time excluded and tolled while correspondence was in transit via postal services; any time the essential parts of the FBI was closed due to COVID-19, and any equitable tolling permitted by law, the FBI has still violated Federal statute.

18. As a result of the FBI's failure to respond within the last 19 months, Mr. Weise is deemed to have exhausted his administrative remedies pursuant with

5 U.S.C. § 552(a)(6)(c)(i).

19. Mr. Weise states the FBI has no intention in providing the requested documents due to the already elapsed 19 months, and must have a court order in order for the FBI to comply with Federal law.

### Relief Requested

20. Mr. Weise respectfully requests the Court order the FBI to produce all records as described in his original request(s).

21. Mr. Weise respectfully requests the Court to assess the filing fees in this action

page 8

against the FBI pursuant to 5 U.S.C. § 552(a)(4)(E), along with any other costs and/or damages to be proven in association with this action.

22. Mr. Weise respectfully requests any and all other relief as to which he is entitled to and the court deems just, necessary, and proper.

23. Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury that the aforementioned is true and accurate to the best of my knowledge, belief, and information. I also declare under penalty

of perjury that I mailed one copy to the district court by placing said document in the hands of prison officials with prepaid postage attached, on August 31, 2020.

Executed August 31, 2020

Respectfully Submitted,

Omar Weise
#98813-004
FCC Petersburg - Medium
P.O. Box 1000
Petersburg, VA. 23804

page 10

Omar Weise # 98813-004
Federal Correctional Complex-Medium
P.O. Box 1000
Petersburg, VA. 23804

RICHMOND VA 230
02 SEP 2020 PM 4 L

United States District Court
333 Constitution Ave., NW
Washington, DC 20001

20001-280299